AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>CV11-08257 | DATE FILED | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>Joao Control & Monitoring Systems, LLC | | DEFENDANT<br>WEBCAMNOW.COM, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,277,010 | 10/2/2007 | Raymond Anthony Joao |
| 2 | 6,587,046 | 7/1/2003 | Raymond Anthony Joao |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

BY FAX

## PROOF OF SERVICE

JOAO CONTROL & MONITORING SYSTEMS, LLC v. WEBCAMNOW.COM, INC.

The undersigned certifies and declares as follows:

I am a resident of the County of Los Angeles, State of California, and I am over the age of eighteen (18) years old and not a party to the above-entitled action. My business address is: White Field, Inc., 9800 D. Topanga Canyon Blvd. #347, Chatsworth, CA 91311.

On October 4, 2011 I caused the following document to be served as indicated below:

- **FORM AO-120**

**By:**

| | |
|---|---|
| X | **MAIL** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the address(es) set forth below, in a sealed envelope, with postage fully prepaid. |
| | **FEDERAL EXPRESS** for delivery the following business day by placing same for collection by Federal Express courier of the same to the address(es) set forth below, in a sealed envelope. |
| | **TELEFAX** for delivery to the facsimile number(s) set forth below. |
| | **EMAIL** for delivery to the email address(es) set forth below. |
| | **PERSONAL SERVICE** for delivery by hand of same to the individual(s) set forth below. |

**To:**

OTHER: **US PATENT AND TRADEMARK OFFICE**
Mail Stop 8
Director of the U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 4, 2011, at Chatsworth, California.

_____
Renata Ritcheson

POS RE: FORM AO-120