UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 11-8257 DOC(RBNx)                                        Date: January 24, 2012
         CV 11-9633 DOC(RBNx)
         CV 11-9636 DOC(RBNx)
         CV 11-9638 DOC(RBNx)
         CV 12-0033 DOC(RBNx)

Title:   JOAO CONTROL MONITORING SYSTEMS LLC v. WEBCAMNOW.COM
         JOAO CONTROL MONITORING SYSTEMS LLC v. GAME LINK LLC
         JOAO CONTROL MONITORING SYSTEMS LLC v. GSMC INC.
         JOAO CONTROL MONITORING SYSTEMS LLC v. AHAVA INC.
         JOAO CONTROL MONITORING SYSTEMS LLC v. FORD MOTOR CO.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                          NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE WHY THESE CASES SHOULD NOT BE COMBINED

Before the Court are five cases filed by Plaintiff Joao Control and Monitoring Systems LLC, Inc. ("Plaintiff"): (1) *Joao Control Monitoring Systems LLC v. Webcamnow.com*, CV 11-8257 DOC(RBNx); (2) *Joao Control Monitoring Systems LLC v. Game Link LLC*, CV 11-9633 DOC(RBNx);(3) *Joao Control Monitoring Systems LLC v. GSMC Inc.*, CV 11-9636 DOC(RBNx); (4) *Joao Control Monitoring Systems LLC v. Ahava Inc.*, CV 11-9638 DOC(RBNx); and (5) *Joao Control Monitoring Systems LLC v. Ford Motor Co.*, CV 12-0033-DOC(RBNx).

These five cases appear to share: (1) U.S. Patent No. 6,587,046; (2) factual allegations; and (3) the same counsel for Plaintiff.  The **Court ORDERS Plaintiff to SHOW CAUSE** why these five cases should not be combined into one.  **Plaintiff shall file** a response to this Order of **no more than 10 pages** on or before **January 30, 2012**.  Failure to file a response to this Order shall be deemed

consent to consolidating these cases.

If any of the Defendants in these five actions – Webcamnow.com, Game Link LLC, GSMC, Inc., Ahava, Inc., and Ford Motor Co. – wishes to file a response to this Order or a reply to Plaintiff's response, they must do so in a brief of **no more than 4 pages** on or before **February 6, 2012**.  Failure to file shall be deemed consent to consolidating these cases.

**If any of the parties** in any of these five cases files a brief **opposing consolidation**, then *all* **parties in all five cases** shall appear before this Court **on February 9, 2012**, at 5:30 p.m.

**If no party files a brief opposing consolidation** by the deadlines imposed herein, then this Court ORDERS that, on **February 10, 2012**:

- The following five cases are consolidated into one: (1) *Joao Control Monitoring Systems LLC v. Webcamnow.com*, CV 11-8257 DOC(RBNx); (2) *Joao Control Monitoring Systems LLC v. Game Link LLC*, CV 11-9633 DOC(RBNx);(3) *Joao Control Monitoring Systems LLC v. GSMC Inc.*, CV 11-9636 DOC(RBNx); (4) *Joao Control Monitoring Systems LLC v. Ahava Inc.*, CV 11-9638 DOC(RBNx); and (5) *Joao Control Monitoring Systems LLC v. Ford Motor Co.*, CV 12-0033-DOC(RBNx)

- The heading of the consolidated case shall be *Joao Control Monitoring Systems LLC v. Webcamnow.com*, CV 11-8257 DOC(RBNx)

- **On or before February 20, 2012**, Plaintiff shall file an Amended Complaint in the consolidated case that shall include all defendants that Plaintiff intends to keep in the consolidated case

- **On or before March 19, 2012**, all defendants in the consolidated case shall file an Answer to the Amended Complaint

- Any motions, pleadings, or answers filed prior to consolidation on February 10, 2012, shall be struck and must be refiled to be considered by this Court

The Clerk shall serve this minute order on all parties to the action.