| | |
|---|---|
| 1 | John W. Olivo, Jr., Esq. (*Pro Hac Vice Application Pending*) |
| 2 | OLIVO LAW GROUP |
|   | 5 Penn Plaza, 23rd Floor |
| 3 | New York NY 10001 |
| 4 | Telephone: (212) 896-3875 |
|   | Facsimile: (646) 378-2001 |
| 5 | jackolivo@olivolawgroup.com |
| 6 | |
| 7 | Attorneys for Plaintiff, |
|   | JOAO CONTROL & MONITORING SYSTEMS, LLC |
| 8 | |
| 9 | Steven W. Ritcheson, Esq. (SBN 174062) |
|   | WHITE FIELD, INC. |
| 10 | 9800 D Topanga Canyon Blvd. #347 |
|   | Chatsworth, California  91311 |
| 11 | Telephone: (818) 882-1030 |
| 12 | Facsimile: (818) 337-0383 |
|   | switcheson@whitefieldinc.com |
| 13 | |
| 14 | Attorneys for Plaintiff, |
|   | JOAO CONTROL & MONITORING SYSTEMS, LLC |
| 15 | |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>WEBCAMNOW.COM, INC., AHAVA INCORPORATED, GSMC, INC.,<br><br>Defendants. | Case No.  11-cv-08257-DOC-RNB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Joao Control & Monitoring Systems, LLC, hereby dismisses this action as to Defendant WebCamNow.com, Inc., <u>only</u>, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Said dismissal is <u>without</u> prejudice, each party to bear its own costs and attorneys' fees.

                                                                              Respectfully submitted,
                                                                              **WHITE FIELD, INC.**

Dated: March 8, 2012                               /s/ Steven W. Ritcheson
                                                                           Steven W. Ritcheson,
                                                                           Attorney for Plaintiff
                                                                           JOAO CONTROL & MONITORING SYSTEMS, LLC