UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

Case No. CV 11-8257 DOC (RNBx)                                             Date: April 24, 2012
          Consolidated with CV 12-0417-DOC(RNBx)

Title: JOAO CONTROL AND MONITORING SYSTEMS LLC v. WEBCAMNOW.COM INC., ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                        NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER GRANTING UNOPPOSED MOTION TO DISMISS

Before the Court is a Motion to Dismiss Second Amended Complaint (Dkt. 33) filed by Defendant Ahava Inc. Plaintiff's Opposition, if any, was due on April 23, 2012. *See* Local Rule 7-9. As of this date, Plaintiff has filed no opposition.

Accordingly, the Motion to Dismiss is hereby GRANTED AS UNOPPOSED. *See* Local Rule 7-12 ("failure to file . . . within the deadline, may be deemed consent to the granting . . . of the motion"). Furthermore, the Court notes that Plaintiff is a sophisticated party and has litigated several patent cases that would have required Plaintiff to become familiar with the local rules. Thus, Plaintiff's Second Amended Complaint is hereby DISMISSED WITH PREJUDICE as to Defendant Ahava Inc.

The Clerk shall serve this minute order on all parties to the action.